UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACQUALINE NARCISE,

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No.  17-cv-06838-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 5

On November 28, 2017, Plaintiff filed a complaint concerning the denial of social security benefits.  (Dkt. No. 1.)  Plaintiff also filed a motion for leave to proceed in forma pauperis.  (Dkt. No. 2.)  On November 29, 2017, the Court denied Plaintiff's motion for leave to proceed in forma pauperis, and ordered Plaintiff to pay the filing fee of $400.00 no later than December 22, 2017.  (Dkt. No. 5 at 1.)  The Court warned that "[f]ailure to pay the filing fee by that date will result in dismissal for the above-entitled action without prejudice."  (*Id.*)

As of the date of this order, Plaintiff has not paid the filing fee.  Accordingly, the Court ORDERS Plaintiff to show cause, by **February 20, 2018**, why Plaintiff failed to comply with the Court's November 29, 2017 order and to pay the filing fee of $400.  Failure to complete both tasks will result in the Court recommending that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: February 2, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge